**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Yintao Yu<br>3245 Geary Boulevard #591846<br>San Francisco, CA 94118<br>TELEPHONE NO.:  \| FAX NO.  \| E-MAIL ADDRESS<br>ATTORNEY FOR: Plaintiff in Pro Per | FOR COURT USE ONLY<br><br>**ELECTRONICALLY**<br>**F I L E D**<br>*Superior Court of California,*<br>*County of San Francisco*<br>**01/18/2023**<br>**Clerk of the Court**<br>BY: YOLANDA TABO-RAMIREZ<br>*Deputy Clerk* |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO**<br>STREET ADDRESS: 400 McAllister Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: CIVIC CENTER COURTHOUSE | |
| Plaintiff: YINTAO YU<br>Defendant: BYTEDANCE, INC. | CASE NUMBER:<br>CGC-22-603019 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2145487KA |

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents)*: **Notice to Plaintiff**
3. a. Party served *(specify name of party as shown on documents served)*:
   **BYTEDANCE, INC.**
   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **CSC Lawyers Incorporating Service, Inc., Agent for Service of process by Serving Jenn Bautista - Customer Service Liaison**
4. Address where the party was served: **2710 Gateway Oaks Drive, Suite 150N**
   **Sacramento, CA 95833**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **1/17/2023** (2) at *(time)*: **2:40 PM**
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date)*: from *(city)*: **or** ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/2145487** |
|---|---|---|

| Plaintiff: YINTAO YU | CASE NUMBER: |
|---|---|
| Defendant: BYTEDANCE, INC. | CGC-22-603019 |

- c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
  - (1) on *(date):*     (2) from *(city):*
  - (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
  - (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
- d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* **BYTEDANCE, INC.**
      under the following Code of Civil Procedure section:
      
      | ☑ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
      |---|---|
      | ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
      | ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
      | ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
      | ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
      | | ☐ other: |

7. **Person who served papers**
   a. Name: **PRAVITESH PRASAD - Ace Attorney Service, Inc.**
   b. Address: **811 Wilshire Boulevard, Suite 900 Los Angeles, CA 90017**
   c. Telephone number: **(213) 623-3979**
   d. **The fee** for service was: **$ 143.72**
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ registered California process server:
         (i) ☐ owner   ☐ employee   ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **1/18/2023**

_____    ▶ *(Signature - Per CC §1633.7)*
**PRAVITESH PRASAD**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)