Demery Ryan, Bar No. 217176
dryan@littler.com
David S. Maoz, Bar No. 233857
dmaoz@littler.com
Alexandra Bernstein, Bar No. 327492
abernstein@littler.com
LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, California 90067.3107
Telephone:   310.553.0308
Fax No.:   800.715.1330

Gregory G. Iskander, Bar No. 200215
giskander@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, California 94597
Telephone:   925.932.2468
Fax No.:   925.946.9809

Attorneys for Defendant
BYTEDANCE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINTAO YU,<br><br>            Plaintiff,<br><br>     v.<br><br>BYTEDANCE, INC., and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No.   3:23-cv-707<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**<br><br>San Francisco County Superior Court Case No. CGC22603019<br><br>Complaint filed: November 17, 2022 (originally filed in San Francisco County Superior Court) |

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA
90067.3107
310.553.0308

1

DEFENDANT'S CORPORATE
DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant ByteDance Inc. submits the following: ByteDance Inc. is a wholly owned subsidiary of ByteDance Ltd., a privately held corporation. No public entity owns 10 percent or more of the stock of ByteDance Inc. or ByteDance Ltd.

Dated: February 16, 2023

LITTLER MENDELSON P.C.

/s/ Demery Ryan
Demery Ryan

Attorneys for Defendant
BYTEDANCE INC.

4896-0579-0530.3 / 103032-1063

LITTLER MENDELSON
P.C.
2049 Century Park East
5th Floor
Los Angeles, CA
90067.3107
310.553.0308

2

DEFENDANT'S CORPORATE
DISCLOSURE STATEMENT