1  Demery Ryan, Bar No. 217176
   dryan@littler.com
2  David S. Maoz, Bar No. 233857
   dmaoz@littler.com
3  Alexandra Bernstein, Bar No. 327492
   abernstein@littler.com
4  LITTLER MENDELSON P.C.
   2049 Century Park East
5  5th Floor
   Los Angeles, California  90067.3107
6  Telephone:    310.553.0308
   Fax No.:      800.715.1330
7
   Gregory G. Iskander, Bar No. 200215
8  giskander@littler.com
   LITTLER MENDELSON, P.C.
9  Treat Towers
   1255 Treat Boulevard
10 Suite 600
   Walnut Creek, California  94597
11 Telephone:    925.932.2468
   Fax No.:      925.946.9809
12
   Attorneys for Defendant
13 BYTEDANCE INC.

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16

17
   YINTAO YU,                                    Case No. 23-cv-00707-KAW
18
                  Plaintiff,                     **PROOF OF SERVICE**
19
          v.
20                                               Trial Date: None Set
   BYTEDANCE, INC., and DOES 1 through 20,       Complaint Filed:   November 17, 2022
21 inclusive,

22                Defendants.

23

LITTLER MENDELSON
P.C.
2049 Century Park East
5th Floor
Los Angeles, CA
90067.3107
310.553.0308

PROOF OF SERVICE
23-CV-00707-KAW

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2049 Century Park East, Suite 500, Los Angeles, California 90067. On February 23, 2023, I served the within document(s):

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND DISMISS PROCEEDINGS OR IN THE ALTERNATIVE, STAY PROCEEDINGS PENDING COMPLETION OF ARBITRATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**DECLARATION OF JAMES LIU IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS PROCEEDINGS OR IN THE ALTERNATIVE, STAY PROCEEDINGS PENDING COMPLETION OF ARBITRATION**

**DECLARATION OF DEMERY RYAN IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS PROCEEDINGS OR IN THE ALTERNATIVE, STAY PROCEEDINGS PENDING COMPLETION OF ARBITRATION**

**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS PROCEEDINGS OR IN THE ALTERNATIVE, STAY PROCEEDINGS PENDING COMPLETION OF ARBITRATION**

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS PROCEEDINGS OR IN THE ALTERNATIVE, STAY PROCEEDINGS PENDING COMPLETION OF ARBITRATION**

☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed below. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses below and *(specify one):*

  ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA
90067.3107
310.553.0308

1

PROOF OF SERVICE
23-CV-00707-KAW

☒ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at: **Los Angeles, California**.

☐ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ **By electronic service.** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed below.

Yintao Yu
3245 Geary Blvd., #591846
San Francisco, CA 94118
E-Mail:  roger@rogeryu.org

*Plaintiff in Pro Per*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 23, 2023, at Los Angeles, California.

_____
Annette Ryan

4876-4304-5969.1 / 103032-1063

LITTLER MENDELSON P.C.
Attorneys at Law
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2

PROOF OF SERVICE
23-CV-00707-KAW