UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Yintao Yu,

                    Plaintiff(s),

          v.

BYTEDANCE, INC., et al.

                    Defendant(s).

Case No.   23-cv-00707-KAW

**CONSENT OR DECLINATION
TO MAGISTRATE JUDGE
JURISDICTION**

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☑ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _Februray 28_____, 20 _23___          NAME: Demery Ryan
                                                                        _____

                                                                        /s/ Demery Ryan
                                                                        _____
                                                                                  *Signature*

                                            COUNSEL FOR
                                            (OR "PRO SE"):  BYTEDANCE INC.

1

## **PROOF OF SERVICE**

2      I am a resident of the State of California, over the age of eighteen years, and not a party to

3  the within action. My business address is 2049 Century Park East, Suite 500, Los Angeles,

4  California 90067.  On February 28, 2023, I served the within document(s):

5      **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

6

7  ☐      **By personal service.**  I personally delivered the documents to the persons at the
        addresses listed below. (1) For a party represented by an attorney, delivery was

8        made to the attorney or at the attorney's office by leaving the documents, in an
        envelope or package clearly labeled to identify the attorney being served, with a

9        receptionist or an individual in charge of the office, between the hours of nine in
        the morning and five in the evening. (2) For a party, delivery was made to the

10        party or by leaving the documents at the party's residence with some person not
        younger than 18 years of age between the hours of eight in the morning and six in

11        the evening.

12  ☒      **By United States mail.**  I enclosed the documents in a sealed envelope or package
        addressed to the persons at the addresses below and *(specify one):*

13

14        ☐  deposited the sealed envelope with the United States Postal Service, with the
            postage fully prepaid.

15

16        ☒  placed the envelope for collection and mailing, following our ordinary
            business practices. I am readily familiar with this business's practice for

17            collecting and processing correspondence for mailing. On the same day that
            correspondence is placed for collection and mailing, it is deposited in the

18            ordinary course of business with the United States Postal Service, in a sealed
            envelope with postage fully prepaid.

19

20      I am a resident or employed in the county where the mailing occurred. The envelope or
    package was placed in the mail at*:*  **Los Angeles, California**.

21  ☐      **By overnight delivery.**  I enclosed the documents in an envelope or package

22        provided by an overnight delivery carrier and addressed to the persons at the
        addresses below. I placed the envelope or package for collection and overnight

23        delivery at an office or a regularly utilized drop box of the overnight delivery
        carrier.

24

25  ☐      **By messenger service.**  I served the documents by placing them in an envelope or
        package addressed to the persons at the addresses listed below and providing them

26        to a professional messenger service for service. *(A declaration by the messenger*
        *must accompany this Proof of Service or be contained in the Declaration of*

27        *Messenger below.)*

28

LITTLER MENDELSON
P.C.
2049 Century Park East
5th Floor
Los Angeles, CA
90067.3107
310.553.0308

2.

PROOF OF SERVICE
23-CV-00707-KAW

☐   **By fax transmission.**   Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐   **By electronic service.**   Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed below.

Yintao Yu
3245 Geary Blvd., #591846
San Francisco, CA 94118
E-Mail:  roger@rogeryu.org

*Plaintiff in Pro Per*

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on February 28, 2023, at Los Angeles, California.

_____
Annette Ryan

4876-4304-5969.1 / 103032-1063

LITTLER MENDELSON
P.C.
Attorneys at Law
2049 Century Park East
5th Floor
Los Angeles, CA
90067.3107
310.553.0308

3.