1   Demery Ryan, Bar No. 217176
    dryan@littler.com
2   David S. Maoz, Bar No. 233857
    dmaoz@littler.com
3   Alexandra Bernstein, Bar No. 327492
    abernstein@littler.com
4   LITTLER MENDELSON P.C.
    2049 Century Park East
5   5th Floor
    Los Angeles, California  90067.3107
6   Telephone:   310.553.0308
    Fax No.:      800.715.1330
7
    Gregory G. Iskander, Bar No. 200215
8   giskander@littler.com
    LITTLER MENDELSON, P.C.
9   Treat Towers
    1255 Treat Boulevard
10  Suite 600
    Walnut Creek, California  94597
11  Telephone:   925.932.2468
    Fax No.:      925.946.9809
12
    Attorneys for Defendant
13  BYTEDANCE INC.

14                  UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16

17  YINTAO YU,                          Case No. 23-cv-00707-KAW

18              Plaintiff,              **NOTICE OF NON-OPPOSITION
                                        TO DEFENDANT'S NOTICE OF
19      v.                              MOTION AND MOTION TO
                                        COMPEL ARBITRATION AND
20  BYTEDANCE, INC., and DOES 1         DISMISS PROCEEDINGS OR IN
21  through 20, inclusive,              THE ALTERNATIVE, STAY
                                        PROCEEDINGS PENDING
22              Defendants.             COMPLETION OF
                                        ARBITRATION**

23
                                        Date: May 4, 2023
24                                      Time: 1:30 P.M.
                                        Judge: Magistrate Judge Kandis A.
25                                      Westmore

26                                      Dept: TBD
                                        Trial Date: None Set
27                                      Complaint Filed: November 17, 2022

28

LITTLER MENDELSON
P.C.
2049 Century Park East
5th Floor
Los Angeles, CA
90067.3107
310.553.0308

1.

On February 23, 2023, Defendant ByteDance Inc. ("Defendant") filed a Motion To Compel Arbitration And Dismiss Proceedings Or In The Alternative, Stay Proceedings Pending Completion Of Arbitration (the "Motion").   (ECF No. 7.) Pursuant to Civil Local Rule 7-3(a), Plaintiff Yintao Yu's ("Plaintiff") opposition brief was due Thursday, March 9, 2023.   Plaintiff, however, has failed to file an opposition brief, as reflected by the Court's CM/ECF docket.

Because Defendant's Motion is unopposed, Defendant respectfully requests that the Court grant the Motion in full and issue an order compelling Plaintiff to arbitrate his disputes with Defendant and dismissing these proceedings. Furthermore, to avoid an unnecessary expenditure of the Court's and the parties' time and resources, and in light of Plaintiff's decision not to oppose Defendant's Motion, Defendant requests that the Court grant the Motion in full without a hearing and vacate the Motion hearing currently set for May 4, 2023, at 1:30 p.m.

Dated:        March 16, 2023

LITTLER MENDELSON P.C.


/s/ David S. Maoz
Gregory G. Iskander
Demery Ryan
David S. Maoz
Alexandra Bernstein

Attorneys for Defendant
BYTEDANCE INC.

4888-2151-5862.1 / 103032-1063

LITTLER MENDELSON
P.C.
2049 Century Park East
5th Floor
Los Angeles, CA
90067.3107
310.553.0308

2.