UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINTAO YU,<br><br>        Plaintiff,<br><br>v.<br><br>BYTEDANCE, INC.,<br><br>        Defendant. | Case No. 23-cv-00707-KAW<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk will now reassign this case to a United States District Judge because either:

[ ]     One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

[x]     One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

**Important:** All hearing dates currently scheduled before KANDIS A. WESTMORE are vacated and should be re-noticed for hearing before the District Judge to whom this case is reassigned.

Dated: March 17, 2023

                                                Mark B. Busby
                                                Clerk of Court, United States District Court

                                                By: *(signature)*
                                                William F. Tabunut, Deputy Clerk to the
                                                Honorable KANDIS A. WESTMORE

*Rev. 10-18*