UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINTAO YU,<br><br>    Plaintiff,<br><br>    v.<br><br>BYTEDANCE, INC.,<br><br>    Defendant. | Case No. 23-cv-00707-SI<br><br>**ORDER RE: RESOURCES AVAILABLE FOR UNREPRESENTED LITIGANTS AND DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Re: Dkt. No. 7 |

Plaintiff Yintao Yu, who is representing himself, filed this employment discrimination and retaliation action against ByteDance, Inc. This case was originally filed in state court, and after ByteDance removed the case to federal court, it was assigned to Magistrate Judge Westmore. On March 20, 2023, the case was reassigned to the undersigned judge. This Order is to advise Yu of the free legal resources available to him as an unrepresented litigant, as well as about upcoming court deadlines and hearings.

First, Yu is referred to the Court's website which includes information about how to represent himself and a link to a copy of the district court's handbook Representing Yourself in Federal Court, which provides instructions on how to proceed at every stage of his case, including discovery, motions, and trial. *See* https://cand.uscourts.gov/pro-se-litigants/

Second, Yu may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-8982 or emailing fedpro@sfbar.org. At the Legal Help Center, Yu may speak with an attorney who may be able to provide free basic legal help but not representation. A copy of the Legal Help Center's flyer is attached.

Third, on February 23, 2023, ByteDance filed a motion to compel arbitration and to dismiss this lawsuit, or alternatively, to stay/pause this case while arbitration proceeds. ByteDance argues

that Yu agreed to arbitrate his claims when he signed the Employee Confidentiality and Inventions Assignment Agreement because that agreement contains a mandatory arbitration provision.

The Court will set a new deadline for Yu to either file an opposition to the motion, or to file a statement of non-opposition to the motion. The new deadline is **Friday, April 14, 2023**. **<u>If Yu fails to respond to the motion, the Court may dismiss this case for failure to prosecute</u>**. If Yu files a response to the motion, ByteDance may file a reply by **April 28**. The Court will notify the parties if a hearing is required after completion of the briefing.

Finally, the Court schedules a case management conference for **Friday, June 2, 2023 at 2:30** by Zoom webinar "Public Hearing": https://www.cand.uscourts.gov/judges/illston-susan-si/. A joint Case Management Statement is due by **May 26, 2023**. Yu may seek assistance from the Legal Help Center to prepare for this conference.

**IT IS SO ORDERED**.

Dated: March 20, 2023

SUSAN ILLSTON
United States District Judge