UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINTAO YU,<br><br>        Plaintiff,<br><br>     v.<br><br>BYTEDANCE, INC.,<br><br>        Defendant. | Case No. 23-cv-00707-SI<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE AND DENYING PENDING MOTIONS AS MOOT** |

In an order filed March 21, 2023, the Court informed plaintiff Yintao Yu of resources available to self-represented litigants and set a new briefing schedule for Bytedance's motion to compel arbitration, with Yu's opposition due on April 14, 2023. The March 21 order also informed Yu that if he failed to file a response to the motion to compel, this case could be dismissed for failure to prosecute. Yu did not file a response to the motion to compel, nor has Yu taken any action since Bytedance removed this case from state court on February 16, 2023.

As it appears that Yu is no longer prosecuting this case, the Court DISMISSES this case without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**.

Dated: April 20, 2023

_____
SUSAN ILLSTON
United States District Judge