UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINTAO YU,<br>            Plaintiff,<br>    v.<br>BYTEDANCE, INC.,<br>            Defendant. | Case No. 23-cv-00707-SI<br><br>**JUDGMENT** |

This case has been dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: April 20, 2023

_____
SUSAN ILLSTON
United States District Judge