CHARLES THOMPSON, State Bar No. 139841
  thompsoncha@gtlaw.com
DAVID BLOCH, State Bar No. 184530
  david.bloch@gtlaw.com
ANTHONY E. GUZMAN II, State Bar No. 311580
  guzmanan@gtlaw.com
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105
Telephone: 415.655.1300
Facsimile: 415.707.2010

Attorneys for Defendant
BYTEDANCE INC.

DEMERY RYAN, State Bar No. 217176
  dryan@littler.com
DAVID S. MAOZ, State Bar No. 233857
  dmaoz@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067
Telephone: 310.553.0308
Facsimile: 800.715.1330

Attorneys for Defendant
SHUYI (SELENE) GAO
[*Additional Counsel on Next Page*]

## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINTAO YU, an individual,<br><br>    Plaintiff<br><br>v.<br><br>BYTEDANCE INC., a Delaware corporation, SHUYI (SELENE) GAO, an individual; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 5:23-cv-3503-VKD<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**[CIVIL L. R. 3-3(c), 3-12)]**<br><br>[Originally San Francisco Superior Court No. CGC-23-606246]<br><br>Complaint Filed:     May 1, 2023<br>Amended Complaint Filed:    May 12, 2023<br>Removed On:     July 13, 2023 |

## **ADDITIONAL COUNSEL**

GREGORY ISKANDER, State Bar No. 200215
   giskander@littler.com
LITTLER MENDELSON, P.C.
Treat Towers 1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809

Attorneys for Defendant
SHUYI (SELENE) GAO

On November 17, 2022, plaintiff Yintao Yu sued defendant ByteDance Inc. (BDI) in San Francisco Superior Court, alleging employment-law violations. No. 5:23-cv-3503-VKD, ECF 10-1. BDI removed the matter to the U.S. District Court for the Northern District of California on February 16, 2023, where it was docketed as Case No. 23-civ-00707-SI. On April 20, 2023, the Court (Judge Susan Illston) dismissed Mr. Yu's case without prejudice for failure to prosecute. No. 5:23-cv-3503-VKD, ECF 10-3.

Less than two weeks later, on May 1, Mr. Yu re-filed his lawsuit in San Francisco Superior Court against BDI and BDI's Head of Talent Acquisition and Human Resources Business Partner of Product and Engineering. No. 5:23-cv-3503-VKD, ECF 1-3. BDI again removed the case to the U.S. District Court for the Northern District of California. *Id*. ECF 1. Because this case concerns the same parties (Mr. Yu and BDI) and same alleged employment-law violations, BDI now submits this Administrative Motion to Consider Whether Cases Should be Related under Civil Local Rules 3-3(c) and 3-12(b) in this case and Case No. 23-civ-00707-SI.

Respectfully submitted,

Dated: July 19, 2023          GREENBERG TRAURIG, LLP

By:   /s Charles O. Thompson
Charles O. Thompson
David Bloch
Anthony E. Guzman II

Attorneys for Defendant
BYTEDANCE INC.