UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINTAO YU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BYTEDANCE, INC., *et al.*,<br><br>　　　　　Defendants. | Case No. 23-cv-00707-SI<br>Case No. 23-cv-3503 EMC<br><br>**ORDER RELATING CASES AND SETTING HEARINGS ON PENDING MOTIONS IN 23-3503**<br><br>Re: Dkt. No. 22 in 23-707 and Dkt. No. 19 in 23-3503 |

The Court finds that 23-707 SI and 23-3503 EMC are related and accordingly GRANTS the administrative motion to relate cases.

The Court sets the following schedule on the pending motions in 23-3503: plaintiff's motion for remand shall be heard on Friday September 1, 2023 at 10:00 a.m. via zoom and if that motion is denied, defendants' motion to compel arbitration shall be heard on Friday September 8, 2023 at 10:00 a.m. via zoom. The parties are directed to provide the Court with chambers copies of the motions.

**IT IS SO ORDERED**.

Dated: July 25, 2023

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　United States District Judge